. . . The identity of our principal customers have [sic] varied from year to year, and our principal customers may not continue to purchase services from us at current levels, if at all. Significant reductions in sales to any of these customers, or the loss of major customers, would seriously harm our business. If we are not able to timely replace expired, canceled or reduced contracts with new business, our revenues would be harmed.

92.     <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: These statements in the 2001 Registration Statement and Prospectus were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that, at the time, the Company had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers. Defendants also knew or recklessly disregarded that the charges the Company was taking for the write-down of long-lived and current assets did not include the large amount of other inventory and assets known by defendants to be worthless. Defendants also knew or recklessly disregarded that the adverse events identified as potential risk factors in the 2001 Prospectus were already occurring.

93.     <u>False Statement</u>: On or about February 9, 2001, the Company filed its Form 10-Q for the third quarter of fiscal year 2001 (i.e., the period ending December 31, 2000). The Form 10-Q, which was signed by defendant Dykes, falsely reported net inventories of $1.727 billion for the third fiscal quarter, $1.856 billion in property and equipment, and $6.600 billion in total assets. The Form 10-Q also falsely stated that gross profit was $236.7 million for the quarter, compared to

$170.1 million for the same quarter the previous year.  The Form 10-Q also falsely reported net

income of $67.78 million for the quarter, compared to $47.8 million in the same quarter the prior

year.  Finally, the Form 10-Q falsely stated that earnings per share (diluted) for the third quarter

were $0.14, compared to $0.12 for the same quarter the prior year.

94.    <u>False Statement</u>: The Form 10-Q also falsely reported the amount and composition

of certain pre-tax charges for the third quarter of fiscal 2001:

Unusual Charges

We recognized unusual pre-tax charges of $587.8 million during the nine
months ended fiscal 2001. . . .

The unusual pre-tax charges include $77.5 million for the write-down of
long-lived assets to fair value.  Of these charges, approximately $46.6 million, $14.4
million, and $16.5 million were written down in the first, second, and third quarters
of fiscal 2001, respectively. These amounts have been classified as a component of
Cost of Sales.  Included in the long-lived asset impairment are charges of $74.6
million, which relate to property, plant and equipment associated with the various
manufacturing and administrative facility closures which were written down to their
net realizable value based on their estimated sales price.  Certain facilities will
remain in service until their anticipated disposal dates pursuant to the exit plans.
Since the assets will remain in service from the date of the decision to dispose of
these assets to the anticipated disposal date, the assets will be depreciated over this
expected period.  The impaired long-lived assets consisted primarily of machinery
and equipment of $53.5 million and building and improvements of $21.1 million.
The long-lived asset impairment also includes the write-off of the remaining
goodwill and other intangibles related to certain closed facilities of $2.9 million.

The unusual pre-tax charges also include approximately $49.6 million for
losses on inventory write-downs and other exit costs, which resulted from the
integration plans.  This amount has been classified as a component of Cost of Sales.
We have written off and disposed of approximately $11.9 million of inventory
related to the first quarter integration activities and approximately $10.6 million was
written off and disposed of related to the third quarter integration activities.  The
$27.1 million of other exit costs relate primarily to items such as lease termination
costs, incremental amounts of uncollectible accounts receivable, warranty-related
accruals, legal and other exit costs, incurred directly as a result of the various exit
plans.  We paid approximately $1.6 million, $4.2 million, and $2.6 million of other
exit costs during the first, second and third quarters of fiscal 2001.  Additionally,
approximately $3.1 million, $0.5 million and $3.5 million of other exit costs were
written off during the first, second and third quarters, respectively.  The remaining
$11.6 million is classified in accrued liabilities as of December 31, 2000 and is
expected to be substantially paid out by the end of fiscal 2001, except for certain
long-term contractual obligations.

95.   <u>False Statement</u>: The Form 10-Q for the third quarter of fiscal 2001 also identified several contingent risk factors that, unknown to investors, were already having an adverse effect on the Company.  The Form 10-Q falsely stated:

> OUR CUSTOMERS MAY CANCEL THEIR ORDERS, CHANGE PRODUCTION QUANTITIES OR DELAY PRODUCTION.
>
> . . . Customers may cancel their orders, change production quantities or delay production for a number of reasons. Cancellations, reductions or delays by a significant customer or by a group of customers would seriously harm our results of operations.
>
> . . . The short-term nature of our customers' commitments and the possibility of rapid changes in demand for their products reduce our ability to estimate accurately future customer requirements. This makes it difficult to schedule production and maximize utilization of our manufacturing capacity. We often increase staffing, purchase materials and incur other expenses to meet the anticipated demand of our customers. Anticipated orders may not materialize, and delivery schedules may be deferred as a result of changes in demand for our customers' products. . . .  In addition, because many of our costs and operating expenses are relatively fixed, a reduction in customer demand could harm our gross margins and operating income.

96.   <u>False Statement</u>: The Form 10-Q for the third quarter of fiscal 2001 also falsely stated:

> THE MAJORITY OF OUR SALES COMES FROM A SMALL NUMBER OF CUSTOMERS; IF WE LOSE ANY OF THESE CUSTOMERS, OUR SALES COULD DECLINE SIGNIFICANTLY.
>
> . . . The identity of our principal customers has varied from year to year, and our principal customers may not continue to purchase services from us at current levels, if at all. Significant reductions in sales to any of these customers, or the loss of major customers, would seriously harm our business. If we are not able to timely replace expired, canceled or reduced contracts with new business, our revenues would be harmed.

97.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: These statements in the Form 10-Q for the third quarter of fiscal year 2001 were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82.  Defendants also knew or recklessly disregarded that the Company had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic

downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers. Defendants also knew or recklessly disregarded that the charges the Company was taking for the write-down of long-lived and current assets did not include the large amount of other inventory and assets known by defendants to be worthless. Defendants also knew or recklessly disregarded that the adverse events identified as potential risk factors in the 2001 Prospectus were already occurring. Defendants failed to record an impairment in long-lived assets and inventory, which overstated gross profit, gross margin, and earnings.

98.     False Statement: On or about March 31, 2001, the Company released its 2001 Annual Report to Shareholders (2001 ARS). The ARS failed to disclose the massive write-offs of worthless inventory and plant and equipment that defendants knew they should have taken and falsely represented that Flextronics' business was achieving record results that would continue into the future through "unprecedented" growth. The 2001 ARS included a "Letter to Shareholders" from defendant Marks, which falsely stated:

**FINANCIAL PERFORMANCE**

As you can see from the charts, during the 2001 fiscal year we achieved records in all appropriate metrics. Revenue grew 74% to $12.1 billion; cash operating income grew by 82% to $552 million; cash net income grew even faster, with 97% growth to $416 million; and finally, diluted cash EPS, which is probably most important to our shareholders, grew by a robust 58% to $0.87 per share. This type of growth, particularly for a company of our size, is unprecedented in our industry. Clearly some of the growth was driven by what has now been shown to be somewhat of a bubble in high technology demand, but nonetheless we managed to outperform, by a good margin, the averages for our industry.

99.     False Statement: The 2001 ARS also included financial statements for the Company's 2001 fiscal year. The 2001 ARS falsely reported that net inventories were $386.15 million, property, plant and equipment was $1.83 billion, and total assets were $7.57 billion. The

2001 ARS also falsely reported that gross profit was $471.3 million, net income was $(446 million), and earnings (loss) per share was $(1.01).

100.   <u>False Statement</u>: The 2001 ARS also falsely reported the amount and composition of certain pre-tax charges for fiscal 2001:

> The Company recognized unusual pre-tax charges of approximately $973.3 million during fiscal year 2001. . . .

> The unusual pre-tax charges include $232.5 million for the write-down of long-lived assets to fair value. This amount has been classified as a component of Cost of Sales. Included in the long-lived asset impairment are charges of $229.1 million, which relate to property, plant and equipment associated with the various manufacturing and administrative facility closures which were written down to their net realizable value based on their estimated sales price. Certain facilities will remain in service until their anticipated disposal dates pursuant to the exit plans. Since the assets will remain in service from the date of the decision to dispose of these assets to the anticipated disposal date, the assets are being depreciated over this expected period. The impaired long-lived assets consisted primarily of machinery and equipment of $153.0 million and building and improvements of $76.1 million. The long-lived asset impairment also includes the write-off of the remaining goodwill and other intangibles related to certain closed facilities of $3.4 million.

> The unusual pre-tax charges also include approximately $219.4 million for other exit costs. Approximately $210.2 million of this amount has been classified as a component of Cost of Sales. The other exit costs recorded, primarily related to items such as building and equipment lease termination costs, warranty costs, current asset impairments and payments to suppliers and vendors to terminate agreements and were incurred directly as a result of the various exit plans. The Company paid approximately $23.1 million of other exit costs during fiscal 2001. Additionally, approximately $101.0 million of other exit costs were non-cash charges utilized during fiscal 2001. The remaining $95.3 million is classified in accrued liabilities as of March 31, 2001 and is expected to be substantially paid out within one year from the commitment dates of the respective exit plans, except for certain long-term contractual obligations.

101.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: These statements in the 2001 ARS were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn.

Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers. Defendants also knew or recklessly disregarded that the charges the Company was taking for the write-down of long-lived and current assets did not include the large amount of other inventory and assets known by defendants to be worthless. Defendants failed to record an impairment in long-lived assets and inventory, which overstated gross profit, gross margin, and earnings.

102.   __False Statement__: On or about April 24, 2001, Flextronics announced fourth quarter and year end earnings for fiscal 2001. The press release falsely reported net inventories of $1.78 billion (compared to $1.14 billion in 2000), $1.83 billion in property, plant and equipment (compared to $1.32 billion in 2000), and total assets of $7.58 billion (compared to $5.13 billion in 2000). The press release also falsely reported $250.39 million in gross profit for the fourth quarter, cash net income of $108.9 million and earnings per share (diluted) of $0.22 (compared to $0.17 in 2000).

103.   __False Statement__: Defendant Marks also falsely stated in Flextronics' April 24, 2001 press release that Flextronics' financial prospects were good, even during the economic downturn:

> "We are taking the steps that we believe strong companies take, and that is to ***rapidly bring capacity in line with revenue expectations in order to maintain profitability***," said Michael E. Marks, Chairman and Chief Executive Officer of Flextronics.

> Mr. Marks provided his outlook for Flextronics: "Because of our diverse customer base, global presence, strength in low cost regions, diverse service offering and pipeline of new opportunities, we believe our revenue over the next couple quarters will be in line with that of the immediately preceding quarters. Thus, ***our outlook is much stronger than that of many of our competitors***. This strength is a validation of the business model that we have been expounding since Flextronics became publicly traded. Looking forward, there continues to be consolidation of business to the top tier companies in the electronic manufacturing services industry, which includes Flextronics. ***This is driven by OEMs' desire to outsource, which is now accelerating because of the market downturn. With the resulting number of***

*outsourcing programs under review, we continue to believe that calendar 2002 will be robust for our industry.*"

(Emphasis added.)

104.   Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading: These statements in the April 24, 2001 press release were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82.  Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers.  Defendants failed to record an impairment in long-lived assets and inventory, which overstated gross profit, gross margin, and earnings.

105.   False Statement: On or about June 29, 2001, the Company filed its Form 10-K for the 2001 fiscal year ending March 31, 2001 (2001 Form 10-K).  The 2001 Form 10-K, which was signed by defendants Marks and Dykes, falsely reported net inventories of $1.78 billion (compared to $1.14 billion in 2000), $1.828 billion in property, plant and equipment (compared to $1.323 billion in 2000), and total assets of $7.57 billion (compared to $5.13 billion in 2000).  The 2001 Form 10-K also falsely reported $471.3 million in gross profit for fiscal 2001, a net loss of $446 million and earnings per share (diluted) of $(1.01).

106.   False Statement: The 2001 Form 10-K also identified several contingent risk factors that, unknown to investors, were already having an adverse effect on the Company.  The 2001 Form 10-K falsely stated:

> OUR CUSTOMERS MAY CANCEL THEIR ORDERS, CHANGE PRODUCTION QUANTITIES OR DELAY PRODUCTION.
>
> . . . Customers may cancel their orders, change production quantities or delay production for a number of reasons. The generally uncertain economic condition of several of the industries of our customers has resulted, and may continue to result, in some of our customers delaying the delivery of some of the products we manufacture for them. Cancellations, reductions or delays by a significant customer or by a group of customers would seriously harm our results of operations.
>
> . . . The short-term nature of our customers' commitments and the possibility of rapid changes in demand for their products reduce our ability to estimate accurately future customer requirements. This makes it difficult to schedule production and maximize utilization of our manufacturing capacity. We often increase staffing, purchase materials and incur other expenses to meet the anticipated demand of our customers. Anticipated orders may not materialize, and delivery schedules may be deferred as a result of changes in demand for our customers' products. . . .  In addition, because many of our costs and operating expenses are relatively fixed, a reduction in customer demand could harm our gross profit and operating income.

107.   False Statement: The 2001 Form 10-K also falsely stated:

> THE MAJORITY OF OUR SALES COMES FROM A SMALL NUMBER OF CUSTOMERS; IF WE LOSE ANY OF THESE CUSTOMERS, OUR SALES COULD DECLINE SIGNIFICANTLY.
>
> *   *   *
>
> The identity of our principal customers have [sic] varied from year to year, and our principal customers may not continue to purchase services from us at current levels, if at all. Significant reductions in sales to any of these customers, or the loss of major customers, would seriously harm our business. If we are not able to timely replace expired, canceled or reduced contracts with new business, our revenues could be harmed.

108.   Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading: These statements in the 2001 Form 10-K were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of

Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers. Defendants also knew or recklessly disregarded that the adverse events identified as potential risk factors had already occurred. Defendants failed to record an impairment in long-lived assets and inventory, which overstated gross profit, gross margin, and earnings.

109.   <u>False Statement</u>: On or about July 19, 2001, the Company announced results for its first quarter of fiscal 2002 (i.e., the period ending June 30, 2001). Flextronics falsely reported that cash operating income was $123 million, a 10% increase over the first quarter of last year, and that cash net income was $91 million, an increase of 14%. The press release also falsely stated that diluted cash earnings per share was $0.18, the same amount as a year ago. The press release also falsely reported that net inventories were $1.525 billion for the first quarter, property, plant and equipment was $1.997 billion, and total assets were $7.702 billion.

110.   <u>False Statement</u>: The July 19, 2001 press release also included several false statements by defendant Marks concerning the Company's purported ability to thrive in the midst of a downturn in the technology market:

> "We continue to focus on improving all our operating metrics during this tough period in the market and are **pleased that we are able to grow in the most difficult environment of our company's history**," stated Michael E. Marks, Chairman and Chief Executive Officer of Flextronics. In particular, Flextronics has maintained a strong balance sheet and **improved its inventory position in the first quarter. Inventory turns improved to 7.0 times from 6.5 times in the prior quarter with a $261 million reduction in inventory**. Total debt to total capitalization remained at a conservative 24%.

> "The opportunities in front of us are enormous we believe, yet we plan our operations as though no new business will come our way," continued Mr. Marks. "This allows us to **remain profitable and competitive in a very tough market**, yet positions us for improvement as opportunities arise. We believe that this is a

defining period for our company, and we intend to emerge from this environment in the strongest possible shape."

(Emphasis added.)

111.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: These statements in the July 19, 2001 press release were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82.  Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers.  Defendants failed to record an impairment in long-lived assets and inventory, which overstated gross profit, gross margin, and earnings.

112.   <u>False Statement</u>: On or about August 14, 2001, the Company filed its Form 10-Q for the first quarter of fiscal year 2002 (i.e., the period ending June 30, 2001).  The Form 10-Q, which was signed by defendant Dykes, falsely reported net income of $88.328 million for the quarter (compared to a loss of $370.562 million for the same quarter in fiscal 2000.  The Form 10-Q also falsely reported net inventories of $1.52 billion for the quarter, $2 billion in property, plant and equipment, and $7.71 in total assets.  The Form 10-Q also falsely reported $231.8 million in gross profit, net income of $88.33 million, and earnings per share (diluted) of $0.17.

113.   <u>False Statement</u>: The Form 10-Q also falsely reported the amount and composition of certain pre-tax charges for fiscal 2001:

The Company recognized unusual pre-tax charges of approximately $973.3 million during fiscal year 2001. . . .

The unusual pre-tax charges recorded in fiscal 2001, included $232.5 million for the write-down of long-lived assets to fair value. This amount has been classified as a component of Cost of Sales during fiscal 2001. Included in the long-lived asset impairment are charges of $229.1 million, which related to property, plant and equipment associated with the various manufacturing and administrative facility closures which were written down to their net realizable value based on their estimated sales price. Certain facilities will remain in service until their anticipated disposal dates pursuant to the exit plans. Since the assets will remain in service from the date of the decision to dispose of these assets to the anticipated disposal date, the assets are being depreciated over this expected period. The impaired long-lived assets consisted primarily of machinery and equipment of $153.0 million and building and improvements of $76.1 million. The long-lived asset impairment also included the write-off of the remaining goodwill and other intangibles related to certain closed facilities of $3.4 million.

The unusual pre-tax charges recorded in fiscal 2001, also included approximately $219.4 million for other exit costs. Approximately $210.2 million of this amount has been classified as a component of Cost of Sales. The other exit costs recorded, primarily related to items such as building and equipment lease termination costs, warranty costs, current asset impairments and payments to suppliers and vendors to terminate agreements and were incurred directly as a result of the various exit plans. The Company paid approximately $17.2 million of other exit costs during the first quarter of fiscal 2002. Additionally, approximately $3.9 million of other exit costs were non-cash charges utilized during the first quarter of fiscal 2002. The remaining $74.2 million is classified in accrued liabilities as of June 30, 2001 and is expected to be substantially paid out within one year from the commitment dates of the respective exit plans, except for certain long-term contractual obligations.

114.   <u>False Statement</u>: The Form 10-Q also identified several contingent risk factors that, unknown to investors, were already having an adverse effect on the Company.  The Form 10-Q falsely stated:

OUR CUSTOMERS MAY CANCEL THEIR ORDERS, CHANGE PRODUCTION QUANTITIES OR DELAY PRODUCTION.

. . . Customers may cancel their orders, change production quantities or delay production for a number of reasons. The generally uncertain economic condition of several of the industries of our customers has resulted, and may continue to result, in some of our customers delaying the delivery of some of the products we manufacture for them. Cancellations, reductions or delays by a significant customer or by a group of customers would seriously harm our results of operations.

. . . The short-term nature of our customers' commitments and the possibility of rapid changes in demand for their products reduce our ability to estimate accurately future customer requirements. This makes it difficult to schedule production and maximize utilization of our manufacturing capacity. We often increase staffing, purchase materials and incur other expenses to meet the anticipated demand of our customers. Anticipated orders may not materialize, and delivery schedules may be deferred as a result of changes in demand for our customers' products. . . .  In addition, because

many of our costs and operating expenses are relatively fixed, a reduction in customer demand could harm our gross profit and operating income.

115.   <u>False Statement</u>: The Form 10-Q also falsely stated:

THE MAJORITY OF OUR SALES COMES FROM A SMALL NUMBER OF CUSTOMERS; IF WE LOSE ANY OF THESE CUSTOMERS, OUR SALES COULD DECLINE SIGNIFICANTLY.

\* \* \*

The identity of our principal customers have [sic] varied from year to year, and our principal customers may not continue to purchase services from us at current levels, if at all. Significant reductions in sales to any of these customers, or the loss of major customers, would seriously harm our business. If we are not able to timely replace expired, canceled or reduced contracts with new business, our revenues could be harmed.

116.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: These statements in the Form 10-Q for the first quarter of fiscal year 2002 were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82.  Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn.  Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases.  Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers.  Defendants also knew or recklessly disregarded that the charges the Company was taking for the write-down of long-lived and current assets did not include the large amount of other inventory and assets known by defendants to be worthless.  Defendants also knew or recklessly disregarded that the adverse events identified as potential risk factors had

already occurred.  Defendants failed to record an impairment in long-lived assets and inventory, which overstated gross profit, gross margin, and earnings.

117.   <u>False Statement</u>: On or about October 2, 2001, Flextronics hosted its annual analysts' conference at the New York Palace Hotel in New York City.  During the conference, defendant Marks announced that the Company's fiscal second quarter 2002 revenue would reach "record" levels, that its sales levels would rise in the next year, and that the Company would take a charge of $380 million to finalize its restructuring.  According to *Bloomberg News*, defendant Marks minimized the effect that the technology downturn would have on the Company, falsely telling investors that:

- "The end markets are absolutely awful, the worst they have ever been.  But we think we can grow our business and increase profitability even if the markets don't improve."

- Marks said that the Company's fiscal second-quarter revenue would reach a record, that sales would rise in the next year, and that revenue is expected to increase as more businesses, seeking to reduce costs, hire companies like Flextronics to make their products more cheaply.

- "We're expecting a very good September quarter and a good December quarter.  The March quarter is always down from December, but some of the benefits of the restructuring kick in then so we're in good shape."

- Fiscal 2002 is expected to be "a bigger year" for the Company than fiscal 2001, Marks said.

118.   <u>False Statement</u>: Analysts reported defendants' "upbeat" and "positive" statements during the October 2 analyst conference.  For example, on October 3, 2001, an analyst with First Union Securities reported that:

> On Tuesday, October 2, Flextronics hosted its annual analysts' conference in New York City. Highlights from the meetings and presentations included the following:
>
> ***Management opened its presentation by declaring "the end of the beginning," thereby suggesting that FLEX has built the global supply-chain solutions model that it envisioned in the early 1990s.***
>
> * * *
>
> Management endorsed its guidance for the September quarter that was given in July for revenue to increase slightly from June-quarter levels of $3.11 billion and cash EPS of $0.15-0.18. As such, our September-quarter estimates remain unchanged at

$3.15 billion in revenue and $0.15 in cash EPS. We are currently leaving our December-quarter and FY2002 estimates unchanged as well, on the premise that continued ramp of Ericsson and H-P will offset some weakness in FLEX's other core programs.

FLEX also announced a $380 million charge in its September quarter for the integration of acquisitions and the right-sizing of capacity into low-cost regions, namely Asia, Hungary, and Mexico. Specifically, FLEX will reduce its number of enclosure facilities to 14 from 40, reducing manufacturing square footage by 4 million, and headcount by 10,000.

Currently our FY2002 EPS estimate remains unchanged at $0.68 and our FY2003 EPS estimate at $0.90. Our rating remains Market Perform (3).

(Emphasis added.)

119.   <u>False Statement</u>: Similarly, an analyst with Deutsche Banc. Alex Brown issued a report on October 3, 2001 that reported defendants' materially false and misleading statements at the Company's annual analyst conference on October 2, 2001:

FLEXTRONICS EVOLUTION CONTINUES.

Flextronics hosted an upbeat analyst day where management emphasized the strengths of the Flextronics business model, highlighted recent customer wins, spoke candidly regarding end market demand and provided a glimpse into the future Flextronics business model.  Throughout the day, management emphasized the evolution of its business model.

\* \* \*

LARGE RESTRUCTURING CHARGE, EXPECTED TO BE THE LAST

Flextronics will take a $380mln restructuring charge in the third quarter to remove excess capacity and realign its existing manufacturing infrastructure. The size of this charge is significantly larger than we were anticipating.  Key elements of the charge include:

- 15% headcount reduction (10,000 employees) in high cost locations
- 20% reduction in capacity: 4mln square feet
- $90 mln cash charge
- No goodwill impairment

Importantly, ***management indicated that it expects this charge to be the last major restructuring charge associated with realigning its existing manufacturing facilities and integrating past acquisitions***.

\* \* \*

NO CHANGE IN GUIDANCE,  COMFORT WITH ESTIMATES IMPROVES SUBSTANTIALLY

Management reiterated September quarter guidance and indicated December quarter revenue will improve from September levels. Despite the continued erosion across most major end markets, Flextronics expects to post solid sequential revenue growth as a result of the strong new program ramps. In particular, we believe Flextronics will benefit from the continued ramp from Ericsson and Alcatel handsets, Xbox, Motorola wins, new HP wins, 3Com, etc. In addition, management indicated it expects growth in 2002 even if end markets do not improve.

MAINTAINING STRONG BUY, VALUATION REMAINS ATTRACTIVE

As outlined in previous research, Flextronics is generating superior operating metrics through the existing downturn. We believe the company's strong balance sheet, market share gains, customer relationships, low-cost position, and strong operating performance suggests Flextronics will be a long-term winner in the EMS industry. As a result, we believe long-term oriented investors should look to buy Flextronics near trough multiples. Flextronics shares have reached as low as 0.5 times sales and averaged a revenue multiple of 1.06 over the past 5 years. Our 12-18 month price objective is $22 and is generated assuming Flextronics achieves a 0.9 revenue multiple and a 26 EPS multiple. This valuation analysis is also underpinned by a 10 year DCF that generates fair value in the low 20s.

(Emphasis added.)

120.   <u>False Statement</u>: An analyst with Prudential Securities issued a similar report on

October 3, 2001 that reported defendants' materially false and misleading statements at the

Company's annual analyst conference on October 2, 2001:

Importantly, management confirmed its previous guidance for the September and December quarters. Specifically, FLEX expects revenues in the September quarter to grow sequentially and cash EPS to be between $0.15 and $0.18. December quarter guidance is for sequential top and bottom line growth. FLEX indicated that demand conditions across all end markets continue to weaken. However, the ramp of new programs, including Ericsson, Alcatel, Microsoft X-Box, HP, and Xerox are expected to offset weakness in existing business in the upcoming quarters. FLEX also reiterated its long term financial targets of 5% operating margins, 15% ROIC, and 20% ROE.

Notably, FLEX expects to incur restructuring charges of $380mm in the September quarter primarily related to the consolidation of capacity into fewer, larger manufacturing locations. Approximately 30% of the charge is for closing previously acquired, smaller regional manufacturing sites, 40% for the closing of smaller enclosure and logistic facilities, and the remaining 30% for the elimination of excess capacity in high cost regions. Including the expected $380 million charge for the current quarter, FLEX will have taken over $650 million in charges year to date. However, *management stated that they chose to be aggressive during the current quarter in realigning their global footprint and do not expect any further restructuring charges*.

Outlook and Investment Recommendation

We are maintaining our Buy rating. We continue to be impressed with FLEX's ability to win new business and believe the company is among the best positioned to

benefit from an eventual recovery in end demand. Although demand trends in the near term remain unclear, we believe the risk/reward is favorable as the shares are at historical trough valuation levels on both a price-to-sales and price-to-book basis. FLEX is currently trading at 2.0x book value (versus historical range of 2.0 to 7.0) and 0.6x sales (historical range of 0.5 to 4.0).

(Emphasis added.)

121.   The publication by analysts of defendants' materially false and misleading statements at the October 2, 2001 analyst conference caused shares of Flextronics stock to rise from $15.95 on October 2, 2001 to $20.04 on October 4, 2001.

122.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: Defendants' statements during Flextronics' annual investor conference on October 2, 2001, which were also reported by analysts following the Company (as set forth in paragraphs 118-20 above), were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers.

123.   <u>False Statement</u>: On October 25, 2001, Flextronics issued a press release announcing its financial results for the second quarter of fiscal 2002 (i.e., the period ending September 30, 2001). The Company falsely reported that, before amortization and certain "one-time charges," cash operating income was $103 million, cash net income was $73 million and diluted cash

earnings per share was 15 cents.  The press release also falsely stated that total assets were $7.88 billion.

124.    False Statement: In addition, the October 25, 2001 press release announcing second quarter results for fiscal 2002 (i.e., the period ending September 30, 2001) falsely stated that Flextronics' operations were performing according to guidance and that all charges related to the restructuring were "behind" the Company:

> "The Company has achieved its growth in this difficult market environment through the continuous addition of new customers as well as the addition of new programs with existing customers," stated Michael E. Marks, Chairman and Chief Executive Officer of Flextronics. "I am pleased with the positive results of our continued tight focus on operating metrics," continued Marks. Inventory has declined by $367 million since the beginning of the fiscal year while inventory turns reached 8.2 turns in the quarter ending September 30, 2001. Quarter over quarter, inventory decreased by $105 million while receivables remained flat and revenues increased. Flextronics' balance sheet also remained strong through this period with total debt to total capitalization of 26%.

> "While we believe the pipeline of new opportunities remains robust, we continue to plan our operations as though no new business will come our way," said Mr. Marks. As a result, the Company recorded a one-time charge of $399 million to complete integration activities with recent acquisitions as well as to reduce excess capacity in response to the current economic downturn. The Company is eliminating 4 million square feet of manufacturing space, or 20% of the prior quarter's total and reducing headcount by 10,000, or 15% of the global workforce at the end of the prior quarter. As before, the reductions were primarily in high cost locations that Flextronics does not expect to use again as its customers are accelerating their transition of manufacturing requirements to lower cost locations, where Flextronics continues to expand.

> Mr. Marks concluded: "***We believe all these restructuring charges are behind us***. The current plan will allow us to remain profitable and competitive in a very tough market while positioning us for improvement as opportunities arise. We have reached a stage in our Company where we believe we have the correct foot print and service offerings and we intend to emerge from this difficult environment in the strongest possible shape."

125.    Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading: These statements in the Company's October 25, 2001 press release were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82.  Defendants also knew or recklessly disregarded that the restructuring

charges were not "behind" them, that the charges were not "one-time," and that additional charges and write-offs were necessary. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers. Defendants also knew or recklessly disregarded that they were improperly releasing reserves into earnings.

126.   Underline_False Statement: On or about October 25, 2001, Flextronics conducted a conference call with analysts concerning the Company's announcement of its financial results for the second quarter of fiscal 2002 (i.e., the period ending September 30, 2001) during which defendants falsely represented: that all of Flextronics' restructuring charges were behind the Company; that Flextronics was profitable and would remain highly profitable despite, and even because of, the economic downturn; and that Flextronics had lowered its revenue and earnings guidance provided to securities analysts because it was being "conservative" in its financial projections. During the call, defendant Marks falsely stated:

> MARKS:   End market demand for our customer product continues to be weak. With the exception of perhaps cell phones most end markets continue to decline or operate at disappointingly low levels. ***Nevertheless, Flextronics has been achieving its growth through the addition of new customers and the expansion of programs with existing customers. The current economic slump is driving OEM to accelerate their plan to out source production and related requirements including full supply chain management*** and recognize the need to rapidly drive down our cost by having production and lower cost locations and in plants of higher capacity utilization as a result of producing for multiple customers.

* * *

MARKS:    We recorded a one-time charge of $399 million dollars which is slightly higher than the estimate provided during the analyst meeting earlier this month as all of our estimates have now been finalized. As discussed in the analyst meeting, the three primary drivers of our one-time charge are first, acquisition related plant closings which accounted for approximately 30% of the total. These were primarily excess factories or distribution locations acquired in the DII Group, JIT and IEC acquisitions most of which were profitable at the time of acquisition but did not fit in our long term strategic plan. Second, rationalization of locations primarily toward our strategic manufacturing centers accounted for another 40%. This relates to moving acquired expertise into the right locations for the future mostly in the enclosures and logistics business units. Third, the consolidation of excess capacity accounted for the remaining 30% of the charges. As the downturn accelerated we became more aggressive in our plans to release capacity to bring it in line with revenue expectations to maintain profitability. As a result, we expect to continue to be profitable throughout this downturn. Slide 9. *As I stated during the analyst meeting we believe that our restructuring charges are behind us*.

\* \* \*

MARKS:    We continue to focus on improving all of our operating metrics during this tough period and are pleased that *we are able to grow revenues and remain profitable during the most difficult environment of our short history of the company*. We believe that this is the end of the beginning for our company and we intend to emerge from this difficult environment in the strongest possible shape.

\* \* \*

Q.        [A]t the bottom end you've got sales virtually the same as what you reported for September [quarter] are you trying to get back in the mode where you beat the numbers every [quarter] or could you comment on that?

MARKS:    We would sure like to be there Alex. Yeah so the thing is the way things look right now we expect to be at the high end of the range. The reason we have a range is because people do keep canceling stuff. *There is some deterioration in some of the customers and we are offsetting it with other business and that's why we are having record revenue in September and we expect to have record revenue in December and most of our competitors are not because we've added this new business*. At some point the deterioration in certain of the markets is going to stop and then we are going to get back to beating the numbers. We are pretty bullish about the way things are here, I mean we have won all this business. The end market stuff that's weak is weak for everybody and you can see it in everybody's numbers, but we are still growing the business . . . . *We are trying to be conservative. We are lowering the guidance a little bit not a lot.* We certainly hope as I've said we think there is an opportunity to be at the high end of this stuff and that's where we want to be, but we are only three weeks into the quarter and everyday you get some wins and

some losses and we don't know where it is and so *we just are trying to be conservative and realistic and so that's where we are at.*

\* \* \*

MARKS:   We are giving as our guidance about what we expect.  You know it could be better it could be worse.  We are hoping it would be better but *our guidance assumes what we really think is going to happen so we pick the number that we think is the number we're going to get out and you know we are not playing games there.*

(Emphasis added.)

127.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: Defendant Marks' statements during the October 25, 2001 conference call were materially false and misleading, and were known by defendant Marks to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82.  Defendant Marks also knew that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn.  Defendant Marks also knew that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases.  Defendant Marks also knew that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers.

128.   <u>False Statement</u>: At or around this time, Flextronics also sent letters to its shareholders, signed by defendant Marks, in which defendants continued to minimize the impact of market conditions on Flextronics' business and operations, and continued to state that all charges related to the Company's restructuring had *already* been taken.  The letters falsely stated:

End market demand for our customers' products continues to be exceptionally weak. With the exception of perhaps cell phones, most end markets continue to decline or operate at disappointingly low levels.

*Nevertheless, Flextronics has been achieving its growth through the addition of new customers and the expansion of programs with existing customers. The current economic slump is driving OEMs to accelerate their plans to outsource*

*production and related requirements, including full supply chain management. They recognize the need to rapidly drive down their costs by having production in lower-cost locations and in plants that have higher capacity utilization as a result of producing for multiple customers.*

\* \* \*

We ended the quarter with $400 million of cash and a total debt to capital leverage of 26%. This *leverage ratio continues to be one of the lowest in the industry and positions the company well* to weather an uncertain market and to have the financial flexibility to take advantage of some of the big opportunities in the pipeline.

We recorded a *one-time charge of $399 million*, which is slightly higher than we had previously estimated, as *all of our estimates have now been finalized*. The three primary drivers of our one-time charge are:

1)   Acquisition related plant closings, which accounted for approximately 30% of the total. These were primarily excess factories or distribution locations, acquired in the DII Group, JIT, and IEC acquisitions, most of which were profitable at the time of acquisition, but did not fit in our long term strategic plans.

2)   Rationalization of locations, primarily to our strategic manufacturing centers, accounted for another 40%. This relates to moving acquired expertise into the right locations for the future, mostly in the enclosures and logistics business units.

3)   The consolidation of excess capacity accounted for the remaining 30% of the charges. As the downturn accelerated, we became more aggressive in our plans to reduce capacity, to bring it in line with revenue expectations to maintain profitability. As a result, *we expect to continue to be profitable throughout this downturn.*

*The cash portion of the one-time charge approximates $100 million. The benefits of the restructuring will be realized over time, and should increase profitability in future quarters.* \* \* \*

*We continue to focus on improving all of our operating metrics during this tough period*, and are pleased that *we are able to grow revenues and remain profitable during the most difficult environment* of our short history as a company. We believe that this is the end of the beginning for our company, and we intend to emerge from this difficult environment in the strongest possible shape.

(Emphasis added.)

129.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: The statements in the foregoing letter to shareholders were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18

through 82. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers.

130. <u>False Statement</u>: On October 26, 2001, *Bloomberg* News published an interview with Laurette Hartigan, Flextronics' Vice President and Treasurer, which falsely stated that:

| | |
|---|---|
| [BLOOMBERG]: | Today, Flextronics' [sic] announced its fiscal second-quarter earnings. It showed a healthy jump in revenue at a time when your rivals have had a few hiccups. Can you talk a bit about the earnings today? |
| HARTIGAN: | Yes. We announced earnings of cash EPSs of 20 – 15 cents – excuse me – and revenues of $3.2 billion. We were pleased with this number, as it was recorded revenues that we've had in the life of the company. |
| [BLOOMBERG]: | Your chairman and CEO said during the conference call that he expects record revenue in the third quarter, the December quarter, again. What's the general outlook for the Company, going forward, given that we are in an economic slowdown at the moment. |
| HARTIGAN: | Well, ***Flextronics is in a fortunate position, where we have been winning quite a few – number of new programs from existing new customers, as well as actually acquiring new customer business.*** And so, while the end-market continues to be very weak for us, our revenues are actually going to be up slightly in the December quarter according to our current forecast. We believe at this time that our revenues could be in the range of $3.3 billion to $3.5 billion in that quarter, and have earnings in the range of 15 to 18 cents. |

* * *

| | |
|---|---|
| [BLOOMBERG]: | Flextronics is undergoing quite a big restructuring. It's been in process for quite a while. And again, Michael Marks, the CEO, announced on the conference call that's expected to be sort of wound up by June next year. You announced today |

|   |   |   |
|---|---|---|
| | | several job cuts.  And can you tell us a bit about them and what that means for the Company going forward? |
| | HARTIGAN: | Yes. *We announced what we believe is our final restructuring for the time being of $399 million*.  A portion of that is to reduce our idle capacity, as well as to complete integration of existing acquisitions. So we will be taking out about 20% of our existing square feet and 15% of our work force, or about 10,000 people. |
| | | * * * |
| | [BLOOMBERG]: | Do you think most of this sort of reorganization will end? And by – there's been substantial job cuts made in your last fiscal year, 2001, do you think that's the sort of end of it? We won't be seeing these big changes as you go ahead? |
| | HARTIGAN: | We just recently had an analyst conference there a couple of weeks ago, and *our chairman said that he believes that this is the end of these kind of restructuring events. Obviously, over time as things change, there will always be adjustments, but we do not anticipate this kind of restructuring activity in this size to occur again.* |
| | | *We believe we've arrived at the footprint and the types of service that we wish to have to be a fully established company to accomplish our delivery of operational services that we're trying to do.* |

(Emphasis added.)

131.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: The statements in the foregoing *Bloomberg* interview on October 26, 2001 were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82.  Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn.  Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases.  Defendants also knew or recklessly disregarded that, rather than achieving

growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers.

132.     Analysts reported defendants' materially false and misleading announcement of financial results for the second quarter of fiscal 2002, and the $399 million "one-time" restructuring charge. For example, an October 26, 2001 analyst report from ABN AMRO Inc. stated:

> "THE BIG BATH:" AS EXPECTED, HUGE ONE-TIME CHARGE TAKEN FOR RESTRUCTURING. As discussed at the analyst's meeting several weeks ago, FLEX recorded a $399 million (net of tax) one-time charge for the quarter, about $100 million of which was cash. ***This is reportedly the last charge planned (excluding those resultant from subsequent acquisitions), and follows $800 million (after tax) in charges taken throughout F2001***.

(Emphasis added.)

133.     Similarly, Deutsche Banc Alex. Brown Inc. issued an analyst report on October 26, 2001 that stated:

> BIG RESTRUCTURING TO REALIGN FOOTPRINT
>
> As discussed at its analyst day, Flextronics took a $399 mln restructuring charge in the quarter to remove excess capacity and realign its existing manufacturing infrastructure. Key elements of the charge include:
>
> - 15% headcount reduction (10,000 employees) in high cost locations
> - 20% reduction in capacity: 4 mln square feet
> - $100 mln cash charge
> - No goodwill impairment
>
> Importantly, ***management indicated that it expects this charge to be the last major restructuring charge associated with realigning its existing manufacturing facilities and integrating past acquisitions***.
>
> INVESTMENT THESIS: AMONG BEST POSITIONED
>
> Despite having to cut estimates, ***we believe that Flextronics' prescient management team has built the most competent business model in the EMS industry***. Flextronics' full-service, low-cost offering positions Flextronics to continue to experience the highest new program win rate in the industry for the foreseeable future. In addition, management has exhibited excellent operational control (highest ROIC in the industry, lowest cash conversion cycle). As such, ***we believe that Flextronics should trade at a premium to its peers as we have the most confidence in its ability to outgrow the industry over the long-haul. While we believe that Flextronics' share price is fully valued at $24.68, we encourage long-term investors to buy near trough valuations of 0.5-0.7 times sales***. Our 24-month price objective of $30 assumes Flextronics trades at 1.05 times our CY02 revenue estimate, the average multiple it has traded over the past 5 years.

(Emphasis added.)

134.   An October 26, 2001 report from Prudential Securities similarly repeated defendants'

materially false and misleading statements:

> As expected, FLEX recorded a large restructuring charge of $399mm (moderately
> above previous guidance of $380mm) related to site closures and integration costs of
> several facilities.  30% of the charges were attributed to acquisition-related (Dii
> Group, JIT, and IEC) plant closings, 40% to the rationalization of enclosures and
> logistics facilities, and 30% to consolidate excess capacity in response to the
> downturn in demand.  These restructuring actions reduced total capacity by 20%
> (4mm square feet) and headcount by 15%. The reductions were said to be primarily
> from high cost locations.  FLEX stated that it continues to expand capacity at its
> strategic manufacturing centers located in low cost regions around the world.  Upon
> completion of its restructuring activities, management expects to have 2/3 of its total
> capacity located in low cost regions and 1/3 in high cost locations, versus 50% in
> each presently.  *Year to date, FLEX has taken approximately $670mm in
> restructuring charges.  Management indicated that it is satisfied with its current
> global footprint and capacity and does not expect to incur any further
> restructuring charges*.  Capacity utilization levels in the PCB business were
> estimated to be approximately 40% following the capacity reduction, while
> utilization rates in the assembly business would be approximately 70%.
>
> &ast; &ast; &ast;
>
> *We continue to believe FLEX remains among the best positioned EMS companies
> and has strong earnings upside potential on end market recovery.  In particular,
> we believe there is tremendous leverage in its board fabrication business and are
> looking for signs of an inflection point. We are maintaining our Buy*.

(Emphasis added.)

135.   In an effort to avoid any concern by investors that Flextronics was not in fact able to

withstand the downturn in the technology market, beginning in October 2001, defendants

improperly released reserves from at least two *slush funds* in order to meet predetermined earnings

targets.  This enabled defendants to continue to portray the Company as growing during the Class

Period, and allowed defendants to continue to mask the fact that Flextronics was experiencing

significant financial difficulties because of the severe downturn in the high tech market.

136.   <u>False Statement</u>: On or about November 14, 2001, the Company filed its Form 10-Q

for the second quarter of fiscal 2002 (i.e., the period ending September 30, 2001).  The Form 10-Q,

which was signed by defendant Dykes, falsely reported a net loss of $329.9 million for the quarter.

The Form 10-Q also falsely reported $7.88 in total assets.  The Form 10-Q also falsely reported a gross loss of $230.7 million, and a loss per share (diluted) of $0.69.  The Form 10-Q also falsely stated that "[t]he Company recognized unusual pre-tax charges of approximately $516.1 million during the second quarter of fiscal 2002."

137.   <u>False Statement</u>: The Form 10-Q also identified several contingent risk factors that, unknown to investors, were already having an adverse effect on the Company.  The Form 10-Q falsely stated:

> OUR CUSTOMERS MAY CANCEL THEIR ORDERS, CHANGE PRODUCTION QUANTITIES OR DELAY PRODUCTION.
>
> . . . Customers may cancel their orders, change production quantities or delay production for a number of reasons. Many of our customers' industries are experiencing a significant decrease in demand for their products and services. The generally uncertain economic condition of several of the industries of our customers has resulted, and may continue to result, in some of our customers delaying the delivery of some of the products we manufacture for them, and placing purchase orders for lower volumes of products than previously anticipated. Cancellations, reductions or delays by a significant customer or by a group of customers would seriously harm our results of operations by reducing the volumes of products manufactured by us for the customers and delivered in that period, as well as causing a delay in the repayment of our expenditures for inventory in preparation for customer orders and lower asset utilization resulting in lower gross margins.
>
> . . . The short-term nature of our customers' commitments and the possibility of rapid changes in demand for their products reduce our ability to estimate accurately future customer requirements. This makes it difficult to schedule production and maximize utilization of our manufacturing capacity. We often increase staffing, increase capacity and incur other expenses to meet the anticipated demand of our customers, which may cause reductions in our gross margins if customer orders are delayed or canceled. Anticipated orders may not materialize, and delivery schedules may be deferred as a result of changes in demand for our customers' products. . . .  In addition, because many of our costs and operating expenses are relatively fixed, a reduction in customer demand could harm our gross profit and operating income.

138.   <u>False Statement</u>: The Form 10-Q also falsely stated:

> THE MAJORITY OF OUR SALES COMES FROM A SMALL NUMBER OF CUSTOMERS; IF WE LOSE ANY OF THESE CUSTOMERS, OUR SALES COULD DECLINE SIGNIFICANTLY.
>
> *   *   *
>
> The identity of our principal customers have [sic] varied from year to year, and our principal customers may not continue to purchase services from us at current levels, if at all. Significant reductions in sales to any of these customers, or the loss of major customers, would seriously harm our business. If we are not able to timely

replace expired, canceled or reduced contracts with new business, our revenues could be harmed.

139.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: These statements in the Form 10-Q for the second quarter of fiscal year 2002 were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers. Defendants also knew or recklessly disregarded that the charges the Company was taking for the write-down of long-lived and current assets did not include the large amount of other inventory and assets known by defendants to be worthless. Defendants also knew or recklessly disregarded that the adverse events identified as potential risk factors had already occurred. Defendants also knew or recklessly disregarded that they were improperly releasing reserves into earnings.

140.   <u>False Statement</u>: On or about November 27, 2001, Flextronics conducted a mid-quarter conference call with investors. During the call, defendant Marks falsely stated that:

MARKS:   ***Overall our expectations for this quarter and next is [sic] unchanged from the September quarter conference call and we are comfortable with guidance***. Unless there is some dramatic change which is always possible we expect to be the largest company in our industry this quarter in terms of sales, profits and market capitalization.

*   *   *

MARKS:     Business is good.  Customer relationships are good.  There are lots of
new opportunities to grow our business.  So, we have no complaints.

* * *

Q.          [C]an you give us a little bit of input in regards to the inventory work
down that you see, are seeing, at your customer level.  Is that making
you feeling a little better perhaps in regards to visibility?  Or even
seeing some orders and some new program wins from some of your
existing customers?

MARKS:     Yeah, sure.  Definitely inventory is bleeding out all across the
channel.  All across the industry.  I mean it's what you would expect.
I mean the downturn was severe, everybody got caught with way too
much stuff.  They had to fight with their suppliers to keep stuff from
coming in.  *All that has pretty much settled down and that's why I
say that even the mid-quarter update we have less to say then we
usually have to say because it's a pretty stable environment now*.
It's stable because more or less the inventory have come out and I say
more or less obviously there is [sic] pockets of inventory problems
but we are nowhere near where we were two quarters ago or even last
quarter and so we are shipping more or less what's being sold and
once you get to that point then you have the same kind of visibility
we've always had.  The end markets are down of course so when I say
we are producing what's being sold that's where we want to be.  We
would like end-markets to recover and they eventually will, but *right
now it is much more predictable than it's been before because we
don't have these wild inventory issues.  So, I think it's going to
continue to be stable and then there will be and upturn when there
is an upturn*.

* * *

We are feeling pretty good about things.  I should remind everybody
revenue was a record last quarter and should be again this quarter and
we are solidly profitable and we are happy about that and we are
generating cash.  It's still a relatively ragged and weak end market
and everybody knows that.  But, it's stabilized.  We are making good
money generating cash and we think that we can continue to do that
and continue to get the company in the stronger competitive shape as
we go forward and we're basically  very comfortable with this
situation that we are in today and we will look forward to talking to
you again six or eight weeks when we finish the quarter.  Hope the
other companies start to do better as well.  So thanks very much for
checking in.  Talk to you soon.  Bye now.

141.   Reasons Why and Defendants' Knowledge that Their Statements Were False and

Misleading: Defendant Marks' statements during the November 27, 2001 conference call were

materially false and misleading, and were known by defendant Marks to be materially false and

misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set

forth above in paragraphs 18 through 82.  Defendant Marks also knew that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn.  Defendant Marks also knew that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases.  Defendant Marks also knew that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers.  Defendant Marks also knew that the Company was improperly releasing reserves into earnings.

142.    <u>False Statement</u>: Immediately following the Company's conference call, Flextronics' Vice President of Finance, Tom Smach, was interviewed by *Bloomberg News* on November 27, 2001, and falsely stated:

| [BLOOMBERG]: | Today we listened to Michael Marks, Flextronics chairman and CEO, on a corporate call.  And he reiterated the outlook for the company's fiscal third quarter.  Even though the U.S. is in a recession at the moment, and it's all but official, Flextronics is still very upbeat about its outlook.  Can you discuss the forecast, which was just reiterated, because you'd previously given it in October, when you were releasing your second quarter? |
|---|---|

* * *

| SMACH: | Absolutely.  So we expect our revenues to be up sequentially in the $3.3 to $3.5-billion range.  And that's primarily a result of all the ***new program wins*** that we've been announcing over the past several quarters. |
|---|---|

* * *

| [BLOOMBERG]: | But for the third quarter, ***you're still expecting record revenue and a sort of good end to the year***? |
|---|---|
| SMACH: | Right.  So we're definitely expecting all-time high quarterly revenues in the December quarter and actually expect to take over the number one position in the industry in terms of quarterly revenues for the December quarter. |

143.    <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading</u>: The statements in the foregoing *Bloomberg* interview on November 27, 2001 were

materially false and misleading, and were known by defendants to be materially false and

misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set

forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that the

Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting

from the fact that many of Flextronics' largest customers were canceling orders in the face of a

severe economic downturn. Defendants also knew or recklessly disregarded that many of

Flextronics' customers were experiencing severe financial difficulty and were unable to complete

anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving

growth in the economic downturn, Flextronics was actually experiencing severe financial

difficulties like many of its customers. Defendants also knew or recklessly disregarded that they

were improperly releasing reserves into earnings.

144.   _False Statement_: On or about November 27, 2001, defendant Marks also sent a mid-

quarter letter to shareholders in which he advised them of purportedly positive developments taking

place at Flextronics. The letter falsely stated that:

> When we began mid-quarter calls about a year ago, we did it to provide additional
> information during a period when business conditions were worsening substantially,
> and investors were clamoring for information. I am pleased to report that situation
> has changed considerably, and we are now in a much more stable environment. To
> some extent that reduces the need for this update, so I'll try to be concise and to the
> point.
>
> In terms of general business conditions, they are as I said quite stable, with even a
> few signs of a slight upturn.
>
>      * * *
>
> We are confident that the market will eventually recover. In the meantime, **_we will
> see the benefits of our previous restructuring_**, while competitors continue to remove
> massive amounts of PCB fabrication capacity. Additionally, we continue to drive
> more and more of Flextronics' board requirements into Multek [a wholly-owned
> subsidiary of Flextronics] while simultaneously gaining market share as PCB
> customers either worry about the financial viability of certain Multek competitors, or
> seek cost reductions Multek can deliver through our low cost capacity. We currently
> expect to be profitable at Multek by the June quarter. We'll have to wait and see. All
> things being equal, one thing is for sure, once Multek returns to normal profitability,
> the Flextronics' overall margins will improve significantly.

Our expectation for this quarter and next is unchanged from the guidance we gave on our September quarter conference call, and we are comfortable with that guidance. Unless there is some dramatic change, which is always possible, we expect to be the largest company in our industry this quarter in terms of sales and profits. We have been the leader in profits and market cap for several quarters now.

\* \* \*

At the same time, we are focusing on the operational activities that should make Flextronics even stronger in the future. We continue to focus on reductions in S,G&A and previously announced plant consolidations, while looking to improve operational efficiencies and working capital management. ***We continue to make progress on improving inventory turns***.

\* \* \*

So, that's about it. Business is decent. ***Customer relationships are good***. There are lots of new opportunities to grow our business. So, no complaints. We'll continue to focus on improving operations and margins and look forward to record earnings results in the future.

145.   Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading: The statements in the foregoing letter to shareholders were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers. Defendants also knew or recklessly disregarded that they were improperly releasing reserves into earnings.

146.    Reacting to these positive statements, shares of the Company closed at $26.35 per share on November 28, 2001, and continued to rise thereafter, closing at just below $30 per share on December 5, 2001.

147.    As set forth above, in late 2001 or early 2002, Flextronics directed all of its plant controllers by email to **_destroy_** all hard and soft copies of their 12-month internal forecasts after they were sent to the Company's regional headquarters in San Jose, California because, upon information and belief, they were drastically different (i.e., lower) than the false and misleading forecasts that were being delivered to analysts and investors.

148.    On January 7, 2002, the Company sold 20,000,000 shares of common stock in another public offering of common stock priced at $25.96 per share, thereby raising over $500 million in gross proceeds (2002 Offering).  The Company also announced that it had granted the underwriter of this offering (Banc of America Securities LLC) an over-subscription allotment whereby it could purchase an additional 3,000,000 shares of Flextronics common stock at that price within thirty days, which shares would in turn be sold to the public.

149.    <u>False Statement</u>: In connection with the 2002 Offering, Flextronics filed a registration statement on January 8, 2002, incorporating a prospectus (2002 Registration Statement and Prospectus), which supplemented an earlier prospectus filed by this Company on October 6, 2000.  The 2002 Registration Statement and Prospectus, which was signed by the Individual Defendants, stated:

> We "incorporate by reference" in this prospectus information from other documents that we file with the SEC, which means that we can disclose important information to you by referring you to those documents. The information incorporated by reference is an important part of this prospectus, and information that we file later with the SEC will automatically update and supersede this information. We incorporate by reference . . . any future filings we make with the SEC under Sections 13(a), 13(c), 14 or 15(d) of the Securities Exchange Act of 1934 prior to the sale of all the shares covered by this prospectus . . . .

Therefore, the 2002 Registration Statement and Prospectus incorporated defendants' materially false and misleading statements contained in the Company's filings with the SEC, which are set forth in paragraphs 93-96, 98-100, 105-07, 112-15 and 136-38 above.

150. <u>False Statement</u>: The 2002 Registration Statement and Prospectus also identified several contingent risk factors that, unknown to investors, were already having an adverse effect on the Company. The 2002 Registration Statement and Prospectus falsely stated:

**Our customers may cancel their orders, change production quantities or delay production.**

. . . Customers may cancel their orders, change production quantities or delay production for a number of reasons. Many of our customers'' industries are experiencing a significant decrease in demand for their products and services. The generally uncertain economic condition of several of the industries of our customers has resulted, and may continue to result, in some of our customers delaying the delivery of some of the products we manufacture for them, and placing purchase orders for lower volumes of products than previously anticipated. Cancellations, reductions or delays by a significant customer or by a group of customers would seriously harm our results of operations by reducing the volumes of products manufactured by us for the customers and delivered in that period, as well as causing a delay in the repayment of our expenditures for inventory in preparation for customer orders and lower asset utilization resulting in lower gross margins.

. . . The short-term nature of our customers'' commitments and the possibility of rapid changes in demand for their products reduce our ability to estimate accurately future customer requirements. This makes it difficult to schedule production and maximize utilization of our manufacturing capacity. We often increase staffing, increase capacity and incur other expenses to meet the anticipated demand of our customers, which may cause reductions in our gross margins if customer orders are delayed or canceled. Anticipated orders may not materialize, and delivery schedules may be deferred as a result of changes in demand for our customers'' products. . . . In addition, because many of our costs and operating expenses are relatively fixed, a reduction in customer demand could harm our gross profit and operating income.

151. <u>False Statement</u>: The 2002 Registration Statement and Prospectus also falsely stated:

**The majority of our sales come from a small number of customers; if we lose any of these customers, our sales could decline significantly.**

\* \* \*

The identity of our principal customers have [sic] varied from year to year, and our principal customers may not continue to purchase services from us at current levels, if at all. Significant reductions in sales to any of these customers, or the loss of major customers, would seriously harm our business. If we are not able to timely replace expired, canceled or reduced contracts with new business, our revenues could be harmed.

152.   <u>Reasons Why and Defendants' Knowledge that Their Statements Were False and</u> <u>Misleading</u>: These statements in the 2002 Registration Statement and Prospectus were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic downturn, Flextronics was actually experiencing severe financial difficulties like many of its customers. Defendants also knew or recklessly disregarded that the charges the Company was taking for the write-down of long-lived and current assets did not include the large amount of other inventory and assets known by defendants to be worthless. Defendants also knew or recklessly disregarded that the adverse events identified as potential risk factors had already occurred. Defendants also knew or recklessly disregarded that Flextronics was manipulating its publicly announced forecasts in order to disguise the fact that Flextronics' financial results were declining. Defendants also knew or recklessly disregarded that they were improperly releasing reserves into earnings.

153.   <u>False Statement</u>: In a January 23, 2002 press release, Flextronics announced financial results for the third quarter of fiscal 2002 (i.e., the period ending December 31, 2001). The press release falsely reported significant gains with net income of $82 million, or $0.16 per share, up from $67.8 million, or $0.14 per share reported in the third quarter of fiscal 2001. The press release also

falsely stated that gross profit for the quarter was $226.6 million. The press release further falsely reported total assets of $8.3 billion.

154.   Underline False Statement: The press release also included defendant Marks' false statement that Flextronics continued to be "selective," and that it was "only accept[ing] business that provide[d] a good return to [its] shareholders":

> With the December quarter results, Flextronics is now the leader of the EMS industry in terms of revenue, profitability, working capital management, return on invested capital and market capitalization. "We are absolutely thrilled to have arrived at the top of the heap in our industry after eight years as a publicly traded company. We take great pride in the accomplishment," stated Michael E. Marks, Chairman and Chief Executive Officer of Flextronics.
>
> Mr. Marks further added: "We still have much work to do. As strong as our performance was relative to our competition, we must remember that none of these metrics meet our long-term goals. To begin with, we do not plan to focus on revenues. In our business, it is still relatively easier to grow revenues rather than profits, but *we will continue to be selective and only accept business that can provide a good return to our shareholders*. So our focus will remain on earnings growth and improving our returns on tangible invested capital. In addition, we do expect to continue our leadership in driving costs out of the business by expanding our industrial parks, by relentlessly improving working capital metrics and by closely monitoring all S,G&A expenditures. At the same time, we are working extremely hard to expand the service offerings we provide customers, which allows us to create more value for the customer and thereby earn a higher level of return than can be achieved solely by competing on price. While this strategy is in place, there clearly is much yet to be accomplished."

155.   Reasons Why and Defendants' Knowledge that Their Statements Were False and Misleading: These statements in the Company's January 23, 2002 press release were materially false and misleading, and were known by defendants to be materially false and misleading at the time of their issuance, or were recklessly disregarded as such, for the reasons set forth above in paragraphs 18 through 82. Defendants also knew or recklessly disregarded that the Company, at the time, had massive amounts of worthless inventory and excess capacity, resulting from the fact that many of Flextronics' largest customers were canceling orders in the face of a severe economic downturn. Defendants also knew or recklessly disregarded that many of Flextronics' customers were experiencing severe financial difficulty and were unable to complete anticipated purchases. Defendants also knew or recklessly disregarded that, rather than achieving growth in the economic